UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROBERT LOPEZ,

                Plaintiff,

       v.                                          9:05-CV-1568

LESTER N. WRIGHT, Chief Medical Officer,
DOCTOR RAMINENI, Doctor at Mid-State
Correctional Facility; and GLENN S. GOORD,
Commissioner of N.Y.S. D.O.C.S.,

                Defendants.
_____

APPEARANCES:                              OF COUNSEL:

ROBERT LOPEZ, 03-A-1561
 Plaintiff, Pro Se
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

HON. ANDREW M. CUOMO              MARIA MORAN, ESQ.
Attorney General of the State of New York    Assistant Attorney General
 Counsel for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, New York 13204-2455

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate

Judge George H. Lowe, duly filed on the 10th day of January, 2007.  Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed

by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's

Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Defendants' motion to dismiss (Dkt. No. 7) is granted, and the Plaintiff's complaint is dismissed without prejudice.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: January 31, 2007
       Syracuse, New York


_____
Norman A. Mordue
Chief United States District Court Judge